Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 1687 | **DATE** | 4/2/2002 |
| **CASE TITLE** | Tassone vs. Certainteed Corp., et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Plaintiff's (SIC) Rule 27 petition to perpetuate testimony is granted. Enter agreed order. Expected Adverse Party Minnesota, Mining and Manufacturing Company is dismissed from the instant proceeding without prejudice and with each party to bear their own costs.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | APR 03 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| JD | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Louis V. Tassone, | ) | Case No. 02 C 1687 |
| | ) | |
| Petitioner, | ) | Judge Charles P. Kocoras |
| v. | ) | |
| | ) | |
| Certainteed Corp. et al, | ) | |
| | ) | |
| Expected Adverse Parties, | ) | |

**DOCKETED**
APR 0 3 2002

**Agreed ORDER**

This cause coming to be heard on a Petition Pursuant to Rule 27 of the Federal Rules of Civil Procedure to perpetuate testimony and to take the deposition of Petitioner Louis V. Tassone, with due notice given, it is ordered:

the Petition is granted, and a videotaped evidence deposition of Louis V. Tassone may be taken, ~~on or before~~ *as early as* April 3, 2002, at the petitioner's home, 349 Carey Court, Chicago Heights, Illinois 60411. *No Medical Testimony to be elicited from Mr. ~~Testimony~~ Tassone.*

Expected Adverse Party Minnesota, Mining and Manufacturing Company is dismissed from the instant proceeding, *without prejudice* with each party to bear their own costs.

Dated: April 2, 2002   ENTER: _Charles P. Kocoras_
Judge Charles P. Kocoras

drafted by John O. Noland Jr.
Attorney at Law
79 W. Monroe Street, Suite 623
Chicago, IL 60603
(312) 327-7000